IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Micaela K. Vermillion and Bobby L. Burns, | : | |
| | : | Civil Action 2:11-cv-00949 |
| Plaintiffs | | |
| | : | |
| v. | | |
| | : | Magistrate Judge Abel |
| CMH Homes, Inc., *et al.*, | | |
| | : | |
| Defendants | | |

# ORDER

The Court withdraws the portion of its July 6, 2012 Order denying defendants' motion to compel arbitration. Defendants' March 27, 2012 motion remains pending with respect to their motion to compel. The Clerk of Court is DIRECTED to place defendants' March 27, 2012 motion (doc. 13) on the pending motions list.

The parties' briefing with respect to the motion to compel remains before the Court. Defendants have until August 3, 2012 in which to submit supplemental briefing. Plaintiffs must file their response to the supplemental briefing no later than August 17, 2012. Defendants may file a file in support of their supplemental briefing on or before August 31, 2012.

s/ Mark R. Abel
United States Magistrate Judge